IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>   *Plaintiffs*,<br><br> v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>   *Defendants*. | Civil Action No.:<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

 I, Jane Doe, declare under penalty of perjury under the laws of the State of Maine and the United States that the following is true and correct:

 1. I am one of the named plaintiffs in the above-captioned complaint. The other named plaintiff, John Doe, is my father.

 2. I receive medical benefits through Defendant TRICARE Health Plan. I am eligible for TRICARE medical benefits because I am a dependent of my father, who served in the U.S. military for more than 23 years before retiring. As a benefit of his service, he and his dependents are eligible for TRICARE coverage.

 3. TRICARE has denied my claims for medical coverage for various procedures that my physicians have proscribed to treat my diagnosed gender dysphoria. My doctors have determined these procedures are medically necessary.

 4. I believe that, by denying me coverage for medically necessary treatment, TRICARE has violated my rights under the Fifth Amendment of the U.S. Constitution and the

1

Rehabilitation Act. I wish to vindicate these rights, but I fear that unless I am allowed to proceed under a pseudonym, I will be subjected to physical and mental harm.

5. I identify as a woman and present femininely in all aspects of my life. I dress in clothes and groom myself in ways typically associated with women, and I have undergone therapy to better align my voice and speech patterns with my gender identity. I also exclusively use female pronouns.

6. To further protect myself from physical violence and mental harm, I have legally changed my name and gender marker on various government documents.

7. I present femininely, use female pronouns, and have legally changed my name in part because doing so is consistent with my gender identity, but also because I am afraid that I may be harmed if people know I am transgender.

8. Due to the threat of harassment and violence faced by transgender people, I do not openly disclose to others that I am transgender. Instead, I share this information only with a small circle of family, close friends, and my medical professionals, and as required by law.

9. It is a particularly frightening time for me and many other transgender people in our country. Over the past two years, the public discourse about transgender issues has become highly politicized and emotionally charged. Even in Maine, certain people have recently advocated for violence against transgender people.

10. In addition to fearing for my personal safety, I am afraid that certain private details will be tied back to me. My claims involve intimate, sensitive, and intensely private medical procedures and treatments prescribed by my doctors. I wish to keep this information as private as possible. While I needed to disclose some of my private medical information in the Complaint in order to state a claim, allowing me to proceed under a pseudonym will help ensure this information

is not tied to my true name. I would be devastated if the procedures and medical information I needed to disclose in the Complaint were publicly linked to me, which I fear could be used against me as I attempt to find meaningful employment after I graduate from college.

11. While I wish to vindicate my rights, my fear of being publicly outed and subjected to the potential for physical and mental harm for years to come is so intense that I would have to seriously consider dropping my claims if I am not allowed to proceed under a pseudonym.

Dated: November 21, 2022         /s/ *Jane Doe*
                                 Jane Doe
                                 Plaintiff