IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-00368-NT<br><br>**DECLARATION OF SUSAN ROE IN SUPPORT OF PLAINTIFFS' AMENDED MOTION TO PROCEED UNDER A PSEUDONYM** |

I, Susan Roe, declare under penalty of perjury that the following is true and correct:

1. I am one of the named plaintiffs in the above-captioned complaint.

2. I receive medical benefits through Defendant TRICARE Health Plan. I am eligible for Tricare medical benefits because I am a dependent of my father, who served in the U.S. military for 23 years before retiring. As a benefit of his service, he and his dependents are eligible for TRICARE coverage.

3. My primary care physician has diagnosed me with gender dysphoria. I have begun a course of treatment, including psychological counseling, hair removal, and hormone replacement therapy.

4. In addition, I currently require medically recommended surgeries as necessary treatment for my gender dysphoria. I am unable to obtain theses surgeries because of a federal statute that prohibits TRICARE from covering these surgeries.

5. I believe that the prohibition of this medically necessary treatment violates my rights under the Fifth Amendment of the U.S. Constitution and the Rehabilitation Act. I wish to

1

vindicate these rights, but I fear that unless I am allowed to proceed under a pseudonym, I will be subjected to physical and mental harm.

6. I identity as a woman and have taken steps to present myself publicly consistent with my gender identity. I am afraid that I may be harmed if people know that I am transgender.

7. I have struggled with my mental health in my process of coming to understand and accept my gender identity. The public disclosure of my gender dysphoria diagnosis and transgender status would worsen my mental health.

8. I am in the process of choosing a name that reflects my female gender identity but have not yet legally changed my name. I am concerned that the public disclosure of my current legal name in this case will undermine this process, which is critical to my ability to live as a woman.

9. Due to the threat of harassment and violence faced by transgender people, I do not openly disclose to others that I am transgender. Instead, I share this information only with a small circle of family, close friends, and my medical professionals, and as required by law.

10. Over the past two years, the public discourse about transgender issues has become increasingly politicized and volatile. This is particularly true in Florida where I live. It is a particularly frightening time for me and many other transgender people.

11. In addition, my claims involve intimate, sensitive, and very private medical procedures and treatments prescribed by my doctors. I wish to keep this information as private as possible. While I understand that I need to disclose some of my private information in the Amended Complaint in order to state a claim, allowing me to proceed under a pseudonym will help ensure this information is not tied to my name. I would be devastated if the procedures and

medical information I need to disclose in this Complaint were publicly linked to me, which I fear could harm me in my educational pursuits and employment.

      12.     While I wish to vindicate my rights, my fear of being publicly outed and subjected to the potential for physical and mental harm for years to come is so strong that I would have to drop my claim if I am not allowed to proceed under a pseudonym.

Dated: January 20, 2023                       /s/ Susan Roe
                                                               Plaintiff