IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>    *Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

### PROPOSED ORDER

Upon consideration of Plaintiffs' amended motion to Proceed Under Pseudonyms, it is, this

_____ day of _____, hereby

**ORDERED** that Plaintiffs' Amended Motion to Proceed Under Pseudonyms is GRANTED.

BY: _____