IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Clifford Lee Reeves, II of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as a counsel of record on behalf of Defendants in the above-captioned case.

DATED: March 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

*/s/ Lee Reeves*
C. LEE REEVES II
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Tel: (202) 616-0773
Email: lee.reeves2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

                                                    */s/ Lee Reeves*
                                                   C. LEE REEVES II
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L St. NW
                                                   Washington, DC 20005
                                                   (202) 616-0773 (direct)
                                                   (202) 616-8470
                                                   lee.reeves2@usdoj.gov