**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

JANE DOE and SUSAN ROE,

               *Plaintiffs*,

          v.

LLOYD J. AUSTIN, III, in his official capacity as
Secretary of Defense; the U.S. DEPARTMENT OF
DEFENSE; the U.S. DEFENSE HEALTH
AGENCY; and the TRICARE HEALTH PLAN,

               *Defendants*.

Civil Action No.: 2:22-cv-00368-
NT

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
## FOR RESPONSE TO FIRST AMENDED COMPLAINT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants file this Motion to

Extend their deadline for Response to Plaintiffs' First Amended Complaint by thirty (30) days,

from April 7, 2023, to May 8, 2023. Counsel for Defendants has conferred with counsel for

Plaintiffs, and Plaintiffs consent to this motion. This is the first request for an extension of this

deadline.

There is good cause for this motion. This case was filed on November 21, 2022 (ECF 1).

Plaintiffs subsequently filed an Amended Complaint on January 27, 2023 (ECF 5), and perfected

service on February 6, 2023. Plaintiffs' Amended Complaint includes a new plaintiff for which

they are seeking relief.

The parties have since conferred regarding this litigation and the relief that each Plaintiff

is seeking in this case.

1

Defendants respectfully seek additional time to file their response to Plaintiffs' Amended

Complaint. Given the complex and important constitutional issues at stake, more time is needed

for Defendants to fully assess and address Plaintiffs' claims.

Accordingly, Defendants respectfully requests that the Court grant this motion for

extension of time and set the deadline for Defendants' response to the Amended Complaint to

May 8, 2023.


DATED: March 31, 2023                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
                                         Civil Division

                                         JOSHUA E. GARDNER
                                         Special Counsel

                                         /s/ Lee Reeves
                                         EMILY B. NESTLER (D.C. Bar # 973886)
                                         C. LEE REEVES, II
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, D.C. 20005
                                         Tel: (202) 616-0773
                                         Email: lee.reeves2@usdoj.gov

                                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

On March 31, 2023, I electronically submitted the foregoing with the clerk of court for the U.S. District Court, District of Maine, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Lee Reeves
Lee Reeves