IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO FIRST AMENDED COMPLAINT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants file this Motion to Extend their deadline for Response to Plaintiffs' First Amended Complaint by thirty (30) days, from May 8, 2023, to June 8, 2023. Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs consent to this motion.

There is good cause for this motion. The parties have conferred regarding this litigation and the relief that each Plaintiff is seeking in this case, and those communications remain ongoing.

Defendants respectfully seek additional time to file their response to Plaintiffs' Amended Complaint. Given the complex and important constitutional issues at stake, more time is needed for Defendants to fully assess and address Plaintiffs' claims.

Accordingly, Defendants respectfully requests that the Court grant this motion for

extension of time and set the deadline for Defendants' response to the Amended Complaint to June 8, 2023.

DATED: May 6, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

*/s/ Lee Reeves*
EMILY B. NESTLER (D.C. Bar # 973886)
C. LEE REEVES, II
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 616-0773
Email: lee.reeves2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      On May 6, 2023, I electronically submitted the foregoing with the clerk of court for the U.S. District Court, District of Maine, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Lee Reeves*
                                                Lee Reeves