## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

JANE DOE and JOHN DOE,

              *Plaintiffs*,

       v.

LLOYD J. AUSTIN, III, in his official
capacity as Secretary of Defense; the U.S.
DEPARTMENT OF DEFENSE; the U.S.
DEFENSE HEALTH AGENCY; and the
TRICARE HEALTH PLAN,

              *Defendants*.

Civil Action No.: 22-cv-0368

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs, through counsel, respectfully move the Court for an order allowing Brittany Roehrs to withdraw her appearance as *pro hac vice* counsel as she is ending her employment with Orrick, Herrington & Sutcliffe LLP.

Plaintiffs will continue to be represented by Ethan Dowling, Seth Harrington, Matthew Moses and Shane McCammon of Orrick, and Jennifer Levi and Bennett Klein of GLBTG Legal Advocates & Defenders, who have each entered appearances in this action.

Dated: May __, 2023

Respectfully submitted,

By: __/s/ *Brittany Roehrs*_____
ORRICK, HERRINGTON & SUTCLIFFE LLP

Brittany Roehrs (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
T: (212) 506-5000
F: (212) 506-5151
broehrs@orrick.com

Ethan Dowling (Maine Bar No. 006467)
222 Berkeley Street, Suite 2000
Boston, MA 02116
T: (617) 880-1800

1

F: (617) 880-1801
edowling@orrick.com

*Attorneys for Plaintiffs*