IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>                    *Plaintiffs*,<br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>                    *Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

### THE PARTIES' JOINT MOTION CONCERNING THE COURT'S JUNE 9, 2023 SCHEDULING ORDER

Pursuant to the Court's June 9, 2023, Scheduling Order with Incorporated Rule 26(f) Order, Dkt. No. 20 ("Order"), Plaintiffs Jane Doe and Susan Roe (collectively "Plaintiffs") and Defendants Lloyd J. Austin, III, in his official capacity as Secretary of Defense, the U.S. Department of Defense, the U.S. Defense Health Agency, and the Tricare Health Plan (collectively "Defendants"), jointly request two modest modifications to the Court's proposed schedule.

The Court's Order provides that "[a]n objection to this Order shall contain a detailed explanation of the reasons for each requested alteration of this Order." *Id.* Although the parties generally agree with the schedule identified in the Schedule Order, they respectfully suggest two alterations to the proposed schedule.

First, because Plaintiffs bring largely legal, rather than factual, challenges to 10 U.S.C.

1

§ 1079(a)(11), the parties respectfully request that the Court's proposed scheduling order be modified to eliminate the requirement to exchange Rule 26(a)(1) initial disclosures.

Second, the parties believe that a staggered summary judgment briefing schedule would be more efficient than simultaneous briefing because it would reduce the number of briefs from six to four and would better ensure that the parties are meaningfully responding to each other's arguments. The parties propose conferring and proposing a staggered briefing schedule by November 3, 2023.

With these modest adjustments, the parties agree to the schedule set forth in the Court's scheduling order.

Dated: June 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

_____/s/ Lee Reeves_____
EMILY B. NESTLER ((D.C. Bar # 973886)
LEE REEVES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Counsel for Defendants*

By: _____/s/ Ethan Dowling_____
ORRICK, HERRINGTON & SUTCLIFFE LLP

Ethan Dowling (Maine Bar No. 006467)
Seth Harrington
222 Berkeley Street
Suite 2000
Boston, MA 02116

2

T: (617) 880-1800
F: (617) 880-1801
edowling@orrick.com
sharrington@orrick.com

Shane McCammon
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
T: (202) 339-8400
F: (202) 339-8500
smcammon@orrick.com

Matthew Moses
51 West 52nd Street
New York, NY 10019
T: (212) 506-5000
F: (212) 506-5151
mmoses@orrick.com
broehrs@orrick.com

GLBTQ LEGAL ADVOCATES &
DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*