IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>    *Defendants*. | Civil Action No.: 22-cv-368-NT<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Plaintiffs, through counsel, respectfully move the Court for an order allowing Ethan Dowling to withdraw his appearance as *pro hac vice* counsel as he is no longer employed by Orrick, Herrington & Sutcliffe LLP.

    Plaintiffs will continue to be represented by Kayla Grant, Seth Harrington, and Shane McCammon of Orrick, and Bennett Klein of GLBTQ Legal Advocates & Defenders, who have each entered appearances in this action.

Dated: July 31, 2023

Respectfully submitted,

By:   /s/ *Kayla Grant*_____
      ORRICK, HERRINGTON & SUTCLIFFE LLP

Kayla Grant (Maine Bar No. 006711)
1152 15th Street
Washington, DC 20005
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com

*Attorney for Plaintiffs*