IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>   *Defendants*. | Civil Action No.: 22-cv-368-NT<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

  Plaintiffs, through counsel, respectfully move the Court for an order allowing Matthew Moses to withdraw his appearance as *pro hac vice* counsel as he is ending his employment with Orrick, Herrington & Sutcliffe LLP.

  Plaintiffs will continue to be represented by Kayla Grant, Seth Harrington, and Shane McCammon of Orrick, and Bennett Klein of GLBTQ Legal Advocates & Defenders, who have each entered appearances in this action.

Dated: July 31, 2023

Respectfully submitted,

By:  /s/ *Matthew Moses*
   ORRICK, HERRINGTON & SUTCLIFFE LLP

   Matthew Moses (*pro hac vice*)
   51 West 52nd Street
   New York, NY 10019
   T: (212) 506-5000
   F: (212) 506-5151
   mmoses@orrick.com

   Kayla Grant (Maine Bar No. 006711)
   1152 15th Street
   Washington, DC 20005
   T: (202) 339-8400

F: (202) 339-8500
kgrant@orrick.com

*Attorneys for Plaintiffs*