**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JANE DOE and SUSAN ROE, *Plaintiffs*, v. LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN, *Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

## THE PARTIES' JOINT MOTION SETTING FORTH A PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to the Court's order dated June 27, 2023 authorizing the parties to submit a proposed summary judgment briefing schedule (Dkt. No. 22), Plaintiffs Jane Doe and Susan Roe (collectively, the "Plaintiffs") and Defendants Lloyd J. Austin, III, in his official capacity as Secretary of Defense, the U.S. Department of Defense, the U.S. Defense Health Agency, and the Tricare Health Plan (collectively, the "Defendants"), jointly request that the Court set the following summary judgment briefing schedule:

1. Plaintiffs' Motion for Summary Judgment shall be filed no later than December 22, 2023.

2. Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment shall be filed no later than January 26, 2024.

3. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment shall be filed

no later than February 16, 2024.

4. Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment shall be filed no later than March 1, 2024.

| | |
|---|---|
| Dated: October 23, 2023 | Respectfully submitted,<br>By:   */s/ Kayla Grant*_____<br>ORRICK, HERRINGTON, & SUTCLIFFE LLP<br><br>Kayla Grant (Maine Bar No. 006711)<br>Shane McCammon<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>T: (202) 339-8400<br>F: (202) 339-8500<br>kgrant@orrick.com<br>smcammon@orrick.com<br><br>Seth Harrington<br>222 Berkeley Street<br>Suite 2000<br>Boston, MA 02116<br>T: (617) 880-1800<br>F: (617) 880-1801<br>sharrington@orrick.com<br><br>By:   */s/ Bennett H. Klein*_____<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>Bennett H. Klein<br>bklein@glad.org<br>18 Tremont Street<br>Suite 950<br>Boston, MA 02108<br>T: (617) 426-1350<br>F: (617) 426-3594<br><br>*Counsel for Plaintiffs*<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>JOSHUA E. GARDNER<br>Special Counsel |

By:    */s/* Lee Reeves
EMILY B. NESTLER (D.C. Bar #973886)
LEE REEVES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Counsel for Defendants*