# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Docket No. 2:22-cv-00368-NT |
| ) | |
| LLOYD J. AUSTIN, III, in his official ) | |
| capacity as Secretary of Defense; the ) | |
| U.S. DEPARTMENT OF DEFENSE; ) | |
| the U.S. DEFENSE HEALTH ) | |
| AGENCY; and the TRICARE ) | |
| HEALTH PLAN ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 56(h) ORDER

On October 23, 2023, the parties filed a joint motion setting forth a proposed schedule for briefing the parties' anticipated cross-motions for summary judgment (ECF No. 28). The joint motion is **GRANTED**. The parties are expected to review and comply with Rule 56 of the Local Rules of the United States District Court for the District of Maine. In addition, the parties shall submit their briefing in accordance with the following guidelines:

1. **Bases for Proposed Cross-Motions for Summary Judgment**: The parties did not indicate their bases for moving for summary judgement.

2. **Estimated Memoranda Length**: The parties did not indicate that they will exceed the twenty-page maximum in Local Rule 7(d).

3. **Estimated Factual Statement Length**: The parties did not provide an estimate of how many statements of fact they each expect to put forth in support of their own motions or in opposition to the other side's motion.[1]

4. **Filing of the Record:** The parties shall file a stipulated summary judgment record. The record shall consist of the universe of documents that any party may cite to in its motion or statement of facts. The record shall be filed on ECF in advance of the filing of any motion, response, or statement of fact, and the parties shall make the appropriate citations to the record (see paragraph 5 outlining citations to the record). The ECF event "Local Rule 56(h) Record" can be found in the "other documents" category of the "civil events" listing on ECF.

   If during the motion practice any party determines that it needs to supplement the record, it may file a supplemental record, but shall not duplicate any record material already on the docket. Any supplemental record shall be filed on ECF in advance of the filing of any pleading so that the appropriate citations to the record can be made.

5. **Citations to the Record:** Filing the record on ECF in advance of the filing of any pleadings will generate ECF document numbers and page ID numbers. When citing documents from the record in the statement of material facts, counsel should include the appropriate ECF document and page ID numbers.

   Example: (Smith Affidavit ¶ 1; Doc. 52-28, #566)

6. **Cooperation of Counsel on Factual Statement**: By the conclusion of the briefing, it is the Court's preference to have a single, consolidated statement of facts for both motions for summary judgment that contains the full text of all the facts, admissions, denials, qualifications, and requests to strike produced by all parties. The Court expects the parties to work collaboratively in this endeavor.

   - All admissions, denials, qualifications, and requests to strike shall appear under the text of the proposed fact to which they refer.

   - A request to strike shall be preceded by an admission, denial, or qualification, in case the request to strike is denied.

---

[1] Instead of setting forth supporting and opposing facts, the parties are encouraged to consider whether they can agree on a single set of stipulated facts.

2

- All responses to requests to strike shall appear under the text of the request to strike to which they refer.

- The parties' various statements of material facts should utilize a single, continuous sequence of paragraph numbers.

- In accordance with Local Rule 56(d), the parties' reply statements of material fact should address only the opposing party's additional facts and requests to strike.

The following sequence should take place when compiling the factual statements:

- First, with their Motion for Summary Judgment, the Plaintiffs shall file a "Supporting Statement of Material Facts," pursuant to Local Rule 56(b). This includes a numbered list of facts Plaintiffs contend are supported by the record and undisputed.

    - The PDF version should be filed on ECF using the "Statement of Fact" event, which can be found in the "other documents" category of the "civil events" listing on ECF.

    - The Plaintiffs shall email the Defendants a Word version of the PDF document.

- Second, with their Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, the Defendants shall file their "Opposing Statement of Material Facts," pursuant to Local Rules 56(c) and 56(e), and "Supporting Statement of Material Facts," pursuant to Local Rule 56(b). This document shall reproduce the text of the Plaintiff's "Supporting Statement of Material Facts." The Defendants shall add appropriate admissions, denials, and qualifications, and, if necessary, requests to strike under each of the Plaintiffs' numbered facts. Next, the Defendants may add a list of additional facts that they contend are supported by the record, continuing with the same sequential paragraph numbering (i.e., if the Plaintiffs' Statement of Material Fact ended at paragraph number 50, the Defendants shall start with paragraph number 51 for their additional facts).

    - The PDF version should be filed on ECF using the "Response to Statement of Fact with Additional Facts" event, which can be

- found in the "responses and replies" category of the "civil events" listing on ECF.

    - The Defendants shall email the Plaintiffs a Word version of the relevant PDF document.

- Third, with their Reply to Defendants' Opposition to their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, the Plaintiffs shall file an "Opposing Statement of Material Facts," pursuant to Local Rules 56(c) and 56(e), and "Reply Statement of Material Facts," pursuant to Local Rules 56(d) and 56(e). This document shall reproduce the facts proposed by the Plaintiffs and Defendants' responses to them, as well as the facts proposed by the Defendants. The Plaintiffs must add appropriate admissions, denials, qualifications, and, if necessary, requests to strike under each of the Defendants' proposed facts. The Plaintiffs may also include additional facts in support of their Opposition to the Defendants' Cross Motion for Summary Judgment. The Plaintiffs may respond to any requests to strike made by the Defendants.

    - The PDF version should be filed on ECF using the "Reply to Additional Statement of Fact" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

    - The Plaintiffs shall email the Defendants a Word version of the PDF document.

- Fourth, with their Reply to Plaintiffs' Opposition to their Cross Motion for Summary Judgment, the Defendants may file a "Reply Statement of Material Facts," pursuant to Local Rule 56(d) and a "Response to Opposing Party's Requests to Strike," pursuant to Local Rule 56(e), if necessary. This document shall reproduce the text of each parties' facts; all admissions, denials, and qualifications; all requests to strike; and the Plaintiffs' responses to the Defendants' requests to strike. The Defendants must add appropriate admissions, denials, qualifications, and, if necessary, requests to strike under each of the Plaintiffs' new proposed facts, if any. The Defendants may add appropriate responses under the Plaintiffs' requests to strike, if any.

- - The PDF version should be filed on ECF using the "Reply to Additional Statement of Fact" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

  - The Defendants shall email the Plaintiffs a Word version of the PDF document.

- Fifth, Plaintiffs may file a "Response to Opposing Party's Requests to Strike," pursuant to Local Rule 56(e), if necessary.

  - PDF version should be filed on ECF using the "Response to Request to Strike Per LR 56(e)" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

  - This fifth step only takes place if the Defendants have made requests to strike the Plaintiffs' additional facts. If the Defendants have not made any requests to strike the Plaintiffs' facts, the document is complete at the fourth step. The resulting final document should be a consolidated statement of facts for each motion, which will contain the full text of all the asserted facts, responses, and requests to strike, and responses to requests to strike produced by all parties.

7. **Briefing Schedule:** The parties shall file a joint stipulated record before the Plaintiffs file their Motion for Summary Judgment on or before December 22, 2023. In accordance with the parties' proposed briefing schedule, the Plaintiffs shall file their Motion for Summary Judgment on or before December 22, 2023. The Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgement and Cross Motion for Summary Judgment on or before January 26, 2024. The Plaintiffs shall file their Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on or before February 16, 2024. The Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on or before March 1, 2024.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 26th day of October, 2023.