IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br><br>      *Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

**NOTICE OF APPEARANCE**

    Please take notice that Emily B. Nestler, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: November 2, 2023

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        JOSHUA E. GARDNER
                                        Special Counsel

                                        By:  */s/* Emily Nestler
                                        EMILY B. NESTLER (D.C. Bar #973886)
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, D.C. 20005
                                        emily.b.nestler@usdoj.gov
                                        (202) 305-0167

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On November 2, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Maine, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Emily B. Nestler*
EMILY B. NESTLER