# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>      *Defendants.* | Civil Action No.: 2-22-cv-00368-NT |

## STIPULATED SUMMARY JUDGMENT RECORD

Pursuant to this Court's Local Rule 56(h) Order, the Parties submit the following as the Stipulated Summary Judgment Record:

(1) Parties' Stipulation of Facts (Exhibit A)

(2) Plaintiffs' witness affidavits:[1]

    a. Affidavit of Loren S. Schechter, M.D. (Exhibit B)

    b. Affidavit of Randi Ettner, Ph.D. (Exhibit C)

    c. Affidavit of Jane Doe (Exhibit D)

    d. Affidavit of Susan Roe (Exhibit E)

Dated: December 13, 2023                  Respectfully submitted,

                                                        By:   */s/ Kayla Grant*
                                                              ORRICK, HERRINGTON, & SUTCLIFFE LLP

---

[1] Defendants' stipulation to submission of these affidavits should not be construed as an admission of their contents.

Kayla Grant (Maine Bar No. 006711)
Shane McCammon
1152 15th Street, N.W.
Washington, D.C. 20005-1706
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

Seth Harrington
222 Berkeley Street
Suite 2000
Boston, MA 02116
T: (617) 880-1800
F: (617) 880-1801
sharrington@orrick.com

By:    */s/* Bennett H. Klein
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

By:    */s/* Lee Reeves
EMILY B. NESTLER (D.C. Bar #973886)
LEE REEVES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Counsel for Defendants*

2