## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

JANE DOE and SUSAN ROE,

> *Plaintiffs*,

v.

LLOYD J. AUSTIN, III, in his official
capacity as Secretary of Defense; the U.S.
DEPARTMENT OF DEFENSE; the U.S.
DEFENSE HEALTH AGENCY; and the
TRICARE HEALTH PLAN,

> *Defendants.*

Civil Action No.: 2-22-cv-00368-NT

### AFFIDAVIT OF RANDI ETTNER, PhD.

#### EXPERT QUALIFICATIONS AND EXPERIENCE

1.    I am a licensed clinical and forensic psychologist with a specialization in the diagnosis,
treatment, and management of individuals with gender dysphoria. I received my doctorate in
psychology (with honors) from Northwestern University in 1979. I am a Fellow and Diplomate in
Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and
Diplomate in Trauma/Post-Traumatic Stress Disorder.

2.    I have evaluated, diagnosed, and treated over 3,000 individuals with gender dysphoria
and mental health issues related to gender variance from 1980 to the present. I have published four
books related to the treatment of individuals with gender dysphoria, including the medical text
entitled Principles of Transgender Medicine and Surgery (co-editors Monstrey & Eyler; Rutledge
2007); and the 2nd edition (co-editors Monstrey & Coleman; Routledge, June 2016). In addition, I
have authored numerous articles in peer-reviewed journals regarding the provision of health care
to the transgender population. I have served as a member of the University of Chicago Gender

1

Board and am on the editorial boards of The International Journal of Transgenderism and Transgender Health. I am a past Secretary, and have previously served as a member of the Board of Directors of the World Professional Association of Transgender Health (WPATH) for the past 12 years. I am an author of the WPATH *Standards of Care for the Health of Transsexual, Transgender and Gender-nonconforming People* (8th version) (hereinafter "Standards of Care"), published in 2022. I have lectured throughout North America, Europe, South America, and Asia on topics related to gender dysphoria and have given grand rounds on gender dysphoria at university hospitals. I am the honoree of the externally-funded Randi and Fred Ettner Fellowship in Transgender Health at the University of Minnesota. I have been an invited guest at the National Institutes of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 I was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the United States Congress House of Representatives on February 5, 2019 recognizing my work for WPATH. A copy of my *Curriculum Vitae* is attached as Exhibit A.

3.   My opinions are based on my education and training, my experiences diagnosing and treating individuals with gender dysphoria, the medical and research literature on transgender health and medical care, and my communications and interactions with other clinicians and leading experts on transgender health and medical care.

## BACKGROUND ON GENDER IDENTITY

4.   The term "gender identity" is a well-established concept in medicine, referring to one's internal sense of their own gender. All human beings develop the conviction of belonging to a particular gender, such as male or female, early in life.

2

5.   At birth, infants are usually classified as male or female. This classification becomes the person's birth sex. For most people, their gender identity matches their birth sex. However, for transgender individuals, this is not the case.

6.   An individual whose gender identity is different than their birth sex is transgender.

7.   If unaddressed, the incongruence between a transgender person's birth sex and gender identity may result in gender dysphoria, a serious medical condition characterized by clinically significant and persistent distress and discomfort with one's birth sex.

8.   Because gender dysphoria results from an incongruence between gender identity and birth sex, a person with a diagnosis of gender dysphoria is transgender.

### THE HISTORY OF THE DIAGNOSIS OF GENDER DYSPHORIA IN THE DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

9.   In 1980, the American Psychiatric Association (APA) introduced the diagnosis Gender Identity Disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III). The diagnosis GID was maintained in a revised version of DSM, known as DSM-III-R (1987), as well as in DSM-IV which was issued in 1994.

10.   In 2013, with the publication of DSM-5, the Gender Identity Disorder diagnosis was removed and replaced with Gender Dysphoria. This new diagnostic term was based on significant changes in the understanding of the condition of individuals whose birth sex differs from their gender identity. The change in nomenclature was intended to acknowledge that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's *identity* disordered. Rather, the diagnosis is based on the distress or *dysphoria* that some transgender people experience as a result of the incongruence between birth sex and gender identity and the social problems that ensue. The DSM explained that the former GID diagnosis connoted "that the patient is 'disordered'." American Psychiatric Association, Gender Dysphoria (2013),

3

http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf. But, as the APA explained, "[it] is important to note that gender nonconformity is not in itself a mental disorder. The critical element of Gender Dysphoria is the presence of clinically significant distress associated with the condition." *Id*. By "focus[ing] on dysphoria as the clinical problem, not identity per se," the change from GID to Gender Dysphoria destigmatizes the diagnosis. American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders 451 (5th ed. 2013).

11.    In addition, the categorization of Gender Dysphoria and its placement in the DSM system is different for Gender Dysphoria than it was for GID. In every version of DSM prior to 2013, GIDs were a subclass of some broader classification, such as Disorders Usually First Evident in Infancy, Childhood, or Adolescence, or alongside other subclasses such as Developmental Disorders, Eating Disorders, and Tic Disorders. For the first time ever, DSM-5 categorizes the diagnosis separately from all other conditions. Under DSM-5, Gender Dysphoria is classified on its own.

12.    Importantly, neither the GID nor Gender Dysphoria are disorders of sexual behavior. Neither diagnosis has ever been classified in any DSM version as a disorder of sexual behavior, including as a Paraphilic Disorder.

13.    The diagnostic criteria for Gender Dysphoria in Adolescents and Adults in DSM-5 are as follows:

> a. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:
>
> > i. A marked incongruence between one's experienced or expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

ii.  A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).

iii.  A strong desire for the primary and/or secondary sex characteristics of the other gender.

iv.  A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

v.  A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

vi.  A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

b.  The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

14.  In addition to renaming and reclassifying Gender Dysphoria, the medical research that supports the Gender Dysphoria diagnosis has evolved. Unlike DSM's treatment of GIDs, the DSM-5 includes a section entitled "Genetics and Physiology," which discuss the genetic and hormonal contributions to Gender Dysphoria. *See* DSM-5 at 457 ("For individuals with gender dysphoria . . . some genetic contribution is suggested by evidence for (weak) familiarity of transsexualism among nontwin siblings, increased concordance for transsexualism in monozygotic compared with dizygotic same-sex twins, and some degree of heritability of gender dysphoria").

15.  There is now a scientific consensus that gender identity is biologically based and a significant body of scientific and medical research that Gender Dysphoria has a physiological and biological etiology. It has been demonstrated that transgender women, transgender men, non-

transgender women, and non-transgender men have different brain composition, with respect to the white matter of the brain, the cortex (central to behavior), and subcortical structures. *See, e.g.,* Giuseppina Rametti et al., *White Matter Microstructure in Female to Male Transsexuals Before Cross-Sex Hormonal Treatment. A Diffusion Tensor Imaging Study*, 45 J. Psychiatric Res. 199-204 (2010); Giuseppina Rametti et al., The Microstructure of White Matter in Male to Female Transsexuals Before Cross-Sex Hormonal Treatment: A DTI Study, 45 J. Psychiatric Res. 949-54 (2011); Eileen Luders et al., *Gender effects on cortical thickness and the influence of scaling*, 2 J. Behav. & Brain Sci. 357, 360 (2012); FPM Krujiver, et al., *Male-to-female transsexuals have female neuron numbers in a limbic nucleus*, 85 J. Clin. Endocrin. Met., 2034- 2041 (2000). Interestingly, differences in transgender individuals primarily involve the right hemisphere of the brain. The significance of the right hemisphere is important because that is the area that relates to attitudes about bodies in general, one's own body, and the link between the physical body and the psychological self.

16.   In addition, scientific investigation has found a co-occurrence of gender dysphoria in families.  Gomez-Gill et al. concluded that the probability of a sibling of a transgender individual also being transgender was five times higher than someone in the general population. E. Gomez-Gil, et al., *Familiarity of gender identity disorder in non-twin siblings*, 39 Arch Sex Behav., 265-269 (2010).  And, in identical twins, there was a very high likelihood (33%) of both twins being transgender, even when reared apart, demonstrating the role of genetics in the development of gender dysphoria. *See* Milton Diamond, *Transsexuality among twins: identity concordance, transition, rearing, and orientation*, 14 Int'l J. Transgenderism 24 (2013) (abstract: "[t]he responses of our twins relative to their rearing along with our findings regarding some of their experiences during childhood and adolescence show their [gender] identity was much more

influenced by their genetics than their rearing."). *See also* R Green, *Family co-occurrence of "gender dysphoria": ten siblings or parent-child pairs*, 29 Arch Sex Behav. 499-507 (2000).

17.    It is now believed that Gender Dysphoria evolves as a result of the interaction of the developing brain and sex hormones.  For example, one study found that:

> [d]uring the intrauterine period a testosterone surge masculinizes the fetal brain, whereas the absence of such a surge results in a feminine brain. As sexual differentiation of the brain takes place at a much later stage in the development than sexual differentiation of the genitals, these two processes can be influenced independently of each other. Sex differences in cognition, gender identity . . . , sexual orientation  . . ., and the risks of developing neuropsychiatric disorders are programmed into our brain during early development. There is no evidence that one's postnatal social environment plays a crucial role in gender identity or sexual orientation.

Ai-Min Bao & Dick F. Swaab, *Sexual Differentiation of the Human Brain: Relation to Gender Identity, Sexual Orientation and Neuro-psychiatric Disorders*, 32 Frontiers in Neurology 214- 216 (2011). In addition, Alicia Garcia-Falgueras & Dick F. Swaab find that:

> [t]he fetal brain develops during the intrauterine period in the male direction through a direct action of testosterone on the developing nerve cells, or in the female direction through the absence of this hormone surge. In this way, our gender identity (the conviction of belonging to the male or female gender) and sexual orientation are programmed or organized into our brain structures when we are still in the womb. However, since sexual differentiation of the genitals takes place in the first two months of a pregnancy and sexual differentiation of the brain starts in the second half of the pregnancy, these two processes can be influenced independently, which may result in extreme cases in transsexuality. This also means that in the event of ambiguous sex at birth, the degree of masculinization of the genitals may not reflect the degree of masculinization of the brain. There is no indication that social environment after birth has an effect on gender identity or sexual orientation.

Alicia Garcia-Falgueras & Dick F. Swaab, *Sexual Hormones and the Brain: As Essential Alliance for Sexual Identity and Sexual Orientation*, 17 Pediatric Neuroendocrinology 22-25 (2010). Similarly, Lauren Hare et al. finds that:

> a decrease in testosterone levels in the brain during development
> might result in incomplete masculinization of the brain . . . , resulting
> in a more feminized brain and a female gender identity.

Lauren Hare, et al., *Androgen Receptor Repeat Length Polymorphism Associated with Male-to-Female Transsexualism*, 65 Biological Psychiatry 93, 93, 96 (2009). Because the condition is biologically based, efforts to change a person's gender identity are futile, cause psychological harm, and are unethical.

### THE MEDICAL NECESSITY OF SURGICAL TREATMENTS FOR GENDER DYSPHORIA

18.    Without treatment, many people with gender dysphoria are unable to adequately function in occupational, social or other areas of life and experience a range of debilitating physical and mental symptoms.

19.    Gender dysphoria is highly treatable and can be ameliorated or cured through medical treatment. The standards of care for treatment of gender dysphoria are set forth in WPATH's Standards of Care.

20.    In accordance with the Standards of Care, many transgender individuals undergo a medically-indicated and supervised gender transition. This process ameliorates the debilitation of gender dysphoria and allows transgender individuals to live and function in life consistent with their gender identity. The Standards of Care recommend an individualized approach to gender transition, consisting of one or more of the following protocol components of evidence-based care for gender dysphoria:

- Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity);

- Hormone therapy to feminize or masculinize the body;

- Surgery to change primary and/or secondary sex characteristics to bring the body into alignment with gender identity (e.g. breasts/chest, external and/or internal genitalia, facial features, body contouring);

- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support improving body image; or promoting resilience.

21.  A person with a diagnosis of gender dysphoria is transgender. People who undertake gender transition for treatment for gender dysphoria are transgender; only transgender people undergo gender transition or need medical treatment for gender dysphoria.

22.  The WPATH Standards of Care are the internationally recognized guidelines for the treatment of gender dysphoria and inform medical treatment throughout the world. They have long been endorsed by authoritative professional medical and mental health organizations, which affirm that gender transition surgeries are not cosmetic, but rather a safe, effective standard of care treatment for a serious health condition. *See*, *e.g*., American Medical Association. (2008). *Resolution 122 (A-08)* (characterizing WPATH SOC as "established internationally accepted Standards of Care for providing medical treatment for people with GID [Gender Identity Disorder, which has been replaced by the diagnosis Gender Dysphoria], including mental health care, hormone therapy and sex reassignment surgery, which are designed to promote the health and welfare of persons with GID and are recognized within the medical community to be the standard of care for treating people with GID"); American Psychiatric Association. (2017, November). *Medical Treatment and Surgical Interventions*. (recommending medical treatment recommendations from WPATH SOC); American Psychological Association. (2015, December). *Guidelines for Psychological Practice With Transgender and Gender Nonconforming People*. (referencing and endorsing WPATH SOC for treatment); American Psychological Association, Task Force on Gender Identity and Gender Variance. (2009). *Report of the Task Force on Gender Identity and Gender Variance*. (referencing WPATH SOC and noting that "[f]or individuals who experience such distress, hormonal and/or surgical sex assignment may be medically necessary to alleviate significant impairment in interpersonal and/or

vocational functioning…[and] recommended in clinical practice, sex reassignment surgery is almost always medically necessary, not elective or cosmetic"); American Academy of Child & Adolescent Psychiatry. (n.d.). *Clinical Guidelines & Training for Providers, Professionals, and Trainees*. ("The Standards of Care document is the international gold standard outlining the guidelines for the clinical treatment of gender dysphoria"); Rafferty, J., AAP [American Academy of Pediatrics] Committee on Psychological Aspects of Child and Family Health, AAP Committee on Adolescence, & AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics,* 142(4), 1-14. ("Most protocols for gender-affirming interventions incorporate [WPATH] and Endocrine Society recommendations"); World Professional Association for Transgender Health. (2016, December 16). *WPATH Policy Statements*. (noting statements in support of WPATH Standards of Care by the American Medical Association, the Endocrine Society, the American Psychiatric Association, the American Psychological Association, the American Academy of Family Physicians, the National Commission of Correctional Health Care, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, the American Society of Plastic Surgeons, and the World Health Organization); Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., Hannema, S.E., Meyer, W.J., Murad, M.H., Rosenthal, S.M., Safer, J.D., Tangpricha, V., & T'Sjoen, G.G. (2017). Endocrine Treatment for Gender- Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism, 102*(11), 3869-3903. (setting out Endocrine Society standards of care and endorsing WPATH SOC).

23.   Certain surgical treatments for gender dysphoria, such as facial feminization surgery and breast augmentation, have been more commonly — and incorrectly — regarded as cosmetic. To the contrary, facial feminization surgery, breast augmentation, and related treatments that bring the body into congruence with an individual's affirmed gender are essential, and often life- saving, treatments for gender dysphoria.

10

24.    A key component of medical treatment for people with gender dysphoria is to live, function in society, and be regarded by others consistent with their gender identity. Because the essence of gender dysphoria is the incongruence of the body and one's identity, the goal of gender transition is to reduce or eliminate the incongruence in order to eliminate the debilitating symptoms of gender dysphoria and allow the individual to live in their gender. If this goal is impeded, it will undermine an individual's core identity and undermine an individual's ability to function in society as well as their psychological health.

25.    There are fundamental anatomic differences between male and female faces that develop during childhood and puberty. As one group of surgeons described, "certain areas of the face are easily recognizable as masculine or feminine . . . . The principal differences between masculine and feminine facial features are related to bone structure, although other important differing characteristics also exist, such as skin type, distribution of facial hair and fat, type of hair and hairline shape, the prominence of the thyroid cartilage or Adam's apple, and differentiating characteristics in soft tissues." Luis Capitán et al., *Facial Feminization Surgery: The Forehead. Surgical Techniques and Analysis of Results*, 134 Plastic and Reconstructive Surgery 609, 610-613 (2014).

26.    No treatment for gender dysphoria can be deemed cosmetic. Gender transition surgeries are not cosmetic procedures because they do not have the goal of enhancing beauty or appearance. Rather, gender transition surgeries including, but not limited to, facial feminizing surgeries, breast and chest surgeries, and genital surgeries, when undertaken to treat gender dysphoria are clinically indicated by medical consensus for purposes of treatment. The goal of facial feminization surgery, for example, is to modify facial characteristics from male to female in order to allow a person to live and function in their affirmed gender. The same is true for

other gender confirming surgeries. The underlying medical diagnosis and the goal of treatment in accordance with accepted medical standards establish the medical necessity of gender confirming surgeries.

27.    For some patients, facial feminization surgeries may be the sole and most effective method of treating their gender dysphoria. In addition to the significant dysphoria many transgender women experience when they look in the mirror and see a male face, these procedures also address features that are visible to others on a daily basis. They affect the social perception of gender that determines how a transgender person functions in the world.  If an individual with gender dysphoria is being "misgendered" in social, family, work, and other settings, this will amplify their dysphoria and harm their ability to function in their gender. Furthermore, an individual with gender dysphoria who is not able to establish an authentic appearance will be at significant risk of interpersonal violence and discrimination, which threaten not only one's psychological well-being, but also one's bodily integrity.

28.    The therapeutic goals of facial feminization surgery for transgender women have been well-described in peer-reviewed medical literature. *See, e.g*., Kevin Chen et al., *Facial Recognition Neural Networks Confirm Success of Facial Feminization Surgery*, 145 Plastic and Reconstructive Surgery 203, 203 (2020) ("For many patients, feminizing the face is an even more important step to their journey of reaching the desired gender than 'top' (breast augmentation) or 'bottom' (vaginoplasty) surgeries. Being identified as female in everyday exchanges with the public is of utmost importance. In these interactions the face is the main visible feature of determining gender and frequently, despite years of hormonal therapy and expert application of makeup, hair, or wigs, patients are often still misidentified as male."); Jens U. Berli et al., *Facial Gender Confirmation Surgery – Review of the Literature and*

*Recommendations for Version 8 of the WPATH Standards of Care*, Int'l. J. of Transgenderism 264, 265 (2017) ("The profound impact masculine facial features have for transfemale patients can affect all aspects of their lives. As a result, individuals may not only continue to suffer from internal dysphoria, but also be facing discrimination and possible social hostility."); Tiffiny A. Ainsworth et al., *Quality of Life of Individuals with and without Facial Feminization Surgery or Gender Reassignment Surgery*, 19 Quality of Life Research 1019, 1020-1022 (2010) ("The social impact of transition can include ostracization from both work and personal environments. This can include loss of job, home, and social support groups. It is not uncommon for these women to suffer from depression, anxiety and suicidal tendencies . . . . The overall goal of FFS [facial feminizing surgery] is to better align the facial features of gender with the inward identification of gender.").

29.   I am familiar with the scientific literature on the outcomes of facial feminization surgery as treatment for gender dysphoria. This research establishes that facial feminization surgery for transgender females is a safe, effective, evidence-based treatment that improves gender congruence and alleviates the symptoms of gender dysphoria. Berli et al. conducted a review of the most recent literature on facial feminization surgery, alternatively referred to in this article as Facial Gender Confirmation Surgery (FGCS). Berli and his co-authors concluded:

> FGCS should be treated as a vital gender-confirming tool due to its ability to drastically alter the quality of life of patients undergoing these procedures. *The current level of evidence is close to the maximal level of evidence that can be expected for a surgical procedure.* FGCS can no longer be deemed an aesthetic component of gender- confirming care … Facial gender confirmation surgery needs to be part of comprehensive surgical gender-confirming care.

Jens U. Berli et al., *Facial Gender Confirmation Surgery – Review of the Literature and Recommendations for Version 8 of the WPATH Standards of Care*, Int'l. J. of Transgenderism

264, 265-268 (2017) (emphasis added).

30.   In addition to retrospective data that demonstrate the efficacy of facial feminization surgery to improve quality of life, a prospective multi-center study of 66 adult patients with gender dysphoria found similar results.  Ian T. Nolan, et al. *Prospective Quality of Life Outcomes after Facial Feminization Surgery: An International Multi-Center Study*, Abstract., Northeastern Society of Plastic Surgeons (October 2019), https://meeting.nesps.org/abstracts/2019/64.cgi. This study demonstrates "improved quality of life outcomes, 'feminized cephalometrics' [radiographs of the head to obtain craniofacial images], and high patient satisfaction" in a prospective cohort of transgender women undergoing facial feminization surgery. *Id*. The authors conclude that "this data suggests a valuable role of FFS in gender affirmation for many transgender women and argues for its necessity in treating gender dysphoria in certain patients." *Id*. An earlier 2017 report of preliminary results from another prospective cohort study with 15 patients utilized a validated quality of life outcome assessment and concluded that facial feminization surgery "has a significant positive impact on transgender patient quality of life with minimal complications." Thomas Satterwhite, et al., *Abstract: Prospective Quality of Life Outcomes after Facial Feminization Surgery*, 5 Plastic and Reconstructive Surgery – Global Open Abstract Supplement 9S 204, 204 (2017). The authors concluded that "these preliminary results and previous research points to the medical necessity of FFS for transgender patients." *Id*.

31.   Two recent studies confirm the substantial literature on the efficacy of facial feminization procedures as critical treatments for gender dysphoria. A groundbreaking study published in 2020 demonstrated that facial feminization surgical procedures ensure that transgender women are identified as female, which is critical to functioning in society and eliminating the debilitation of gender dysphoria. Kevin Chen et al., *Facial Recognition Neural*

*Networks Confirm Success of Facial Feminization Surgery*, 145 Plastic and Reconstructive Surgery 203, 209 (2020). This study used facial recognition neural networks, a type of artificial intelligence, to determine if transgender women who underwent facial feminization surgery are more likely to be perceived as female. *Id*. at 204. Non-transgender female control images were correctly identified as female 98% of the time. *Id*. at 205. Images of transgender women prior to facial feminization surgery were misidentified as male 47% of the time. *Id*. Conversely, images of those same transgender women taken after they received facial feminization surgery were correctly identified 98% of the time. The authors concluded that "[f]acial feminization surgery results in clear, significant and objective improvements in gender recognition." *Id*. at 209. In addition, a study published in July 2022 concluded that "[g]ender-affirming FFS improves the quality of life by multiple psychosocial domains in transfeminine patients." *See*, *e.g*., Caprini, R.M., Oberoi, M.K., Dejam, D., Chan, C.H., Potemra, H.M.K., Morgan, B.J., Weimer, A., Litwin, M.S., Mendelsohn, A.H., & Lee, J.C. (2022). Effect of Gender-affirming Facial Feminization Surgery on Psychosocial Outcomes. *Annals of Surgery*. https://doi.org/10.1097/SLA.0000000000005472.

32.    The procedures used as part of facial feminization surgery and other treatments, such as breast augmentation, include many of the same procedures used to treat other medical conditions. For example, blepharoplasty is a treatment for ptosis (drooping eyelids that interfere with vision), facial reconstruction procedures are utilized following oncological surgery or post traumatic injury, breast augmentation is undertaken as part of breast reconstruction following a medically indicated mastectomy, and voice therapy may be indicated after medically indicated surgery on vocal chords. The fact that these analogous procedures are routinely performed and considered safe in medicine provides additional evidence of their safety and efficacy when performed as treatment for gender dysphoria. There is no basis to conclude that the same

procedures are less safe or efficacious for one diagnosis than another.

33.    Importantly, I have been unable to find even a single study of facial feminization surgery that has any findings other than positive results. No study has refuted the positive impact of facial feminizing surgery on transgender women experiencing gender dysphoria. It is unethical from a medical perspective to withhold care that the medical community knows to be safe and effective in treating a serious medical condition.

34.    In addition to facial feminization surgery, many other procedures may be medically necessary to treat individualized cases of gender dysphoria. Breast augmentation, for example, is medically necessary for some transgender women who have insufficient breast development from hormone therapy. Transgender women who are taller, are big boned, and who may have a lower rib cage will typically need breast augmentation to treat their gender dysphoria. Given the mass and torso size of these individuals, they will appear masculine in a profile and frontal view and will need breast augmentation to balance their size. This is in contrast to a non-transgender woman who chooses breast augmentation to increase her self-esteem with no underlying medical diagnosis. A recent literature review found that the majority of transgender women (60-70%) do not gain adequate breast development after a sufficient duration on hormone therapy. Katrien Wierckx, *Clinical Review: Breast Development in Trans Women Receiving Cross-Sex Hormones*, 11 J. of Sexual Medicine 1240, 1244 (2014).

35.    In 2016, WPATH, which is the leading medical association establishing standards of care for treatment of gender dysphoria, issued a Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. WPATH identified certain "medically necessary gender affirming/confirming surgical procedures," including facial feminization surgery, breast augmentation, and voice therapy and/or surgery and concluded that:

> The medical procedures attendant to gender affirming/confirming surgeries are not "cosmetic" or "elective" or "for the mere convenience of the patient." These reconstructive procedures are not optional in any meaningful sense, but are understood to be medically necessary for treatment of the diagnosed condition.

World Prof'l Ass'n for Transgender Health, *Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.* 3 (2016).

36.   My experience with patients over almost 40 years as a practicing psychologist has underscored the essential and life-saving nature of treatments that allow a person with gender dysphoria to establish an authentic gender presentation. For example, one of my patients was violently assaulted on public transportation because her face revealed a gender appearance inconsistent with how she was otherwise living. In another case, a patient went to renew her passport and was told, "you don't look like a Roxanne." She went home and committed suicide. Facial feminizing surgery and other treatments are not cosmetic or optional when undertaken as treatment for gender dysphoria. Rather, they are critical to ensuring that people with that condition can live safely and comfortably in their gender free of the distress and impairments in functioning created by the incongruence between their gender and body.

37.   In conclusion, the exclusion of surgical treatments for gender transition in 10 U.S.C. § 1079(a)(11) is contrary to the purpose of gender transition surgeries and the scientific and clinical evidence and standards of professional practice for the treatment of gender dysphoria.

SIGNED UNDER THE PENALTIES OF PERJURY THIS <u>21st</u> DAY OF <u>November</u> 2023.

<u>/s/ Randi Ettner</u>
Randi Ettner, Ph.D.

# **<u>EXHIBIT A</u>**

**RANDI ETTNER, PHD**
**1214 Lake Street**
**Evanston, Illinois 60201**
**847-328-3433**

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
        Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Past Secretary, World Professional Association for Transgender Health
    (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
        Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
        appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital,
        Chicago,  IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization
Harvard Law School LGBTQ Clinic Leadership Council

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2017-2023 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center |
| | Private practitioner: clinical and forensic practice |
| 2013 | Instructor, Prescott College: Gender-A multidimensional approach |
| 2011 | ICD-11 Member of International Working Group |
| | Consultant to Wisconsin Public Schools |
| 2010 | |
| | President New Health Foundation Worldwide |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |
| 1969-1971 | Experimental Psychology Laboratory Assistant, Department of Psychology, |

Indiana University

## **INVITED PRESENTATIONS AND GRAND ROUNDS**

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube.

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet-* Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care-* Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates-* American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success-* American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus-* Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender-* Nielsen Corporation, Chicago, 2013
*Grand Rounds: Evidence-based care of transgender patients-* North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies-* Oslo, Norway, 2009

*Children of Transsexual Parents-*International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents-* Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law-* DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents-*American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005
Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005
Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005
Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004
Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003
James H. Quillen VA Medical Center, East Tennessee State University, Johnson City,
Tennessee, 2002
Sixth European Federation of Sexology, Cyprus, 2002
Fifteenth World Congress of Sexology, Paris, France, 2001
Illinois School of Professional Psychology, Chicago, Illinois 2001
Lesbian Community Cancer Project, Chicago, Illinois 2000
Emory University Student Residence Hall, Atlanta, Georgia, 1999
Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois,
1998;
In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;
Evanston City Council, Evanston, Illinois 1997;
Howard Brown Community Center, Chicago, Illinois, 1995;
YWCA Women's Shelter, Evanston, Illinois, 1995;
Center for Addictive Problems, Chicago, 1994
Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis
Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of
Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois,
1984

*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health,
Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of
OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library,
Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry,
Chicago, Illinois, 1977

## **PUBLICATIONS**

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et.
al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8.
*International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R.,
Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the
surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in
press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: in press.

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry.*

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in <u>Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism.</u> Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in <u>Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide</u>. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in <u>Principles of Transgender Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007Ettner, R., Monstrey, S., and Eyler, E. (Eds.) <u>Principles of Transgender Medicine and Surgery</u>. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in <u>Principles of Transgender Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in <u>Diseases and Disorders</u>, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## PROFESSIONAL AFFILIATIONS

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa

## **AWARDS AND HONORS**

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award
     Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

## **LICENSE**

Clinical Psychologist, State of Illinois, 1980