IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Jane Doe, state as follows:

1. I am one of the plaintiffs in the above-captioned action.

2. I am 22 years old.

3. My father served for more than two decades in the United States military.

4. I have been enrolled in TRICARE as a dependent of my father since approximately 2002. My eligibility continued after my 21st birthday because I have been a full-time student. I will graduate from college and no longer be a full-time student in May 2024. While I will no longer be eligible for TRICARE as a dependent of my father, I will be eligible for and plan to enroll in TRICARE Young Adult shortly after graduation.

3. I am a transgender woman. Although I was assigned the sex of male at birth, I have known that I am female since I was 11 or 12.

4. I was diagnosed with gender dysphoria in 2018 at the age of 17.

1

5. Since my diagnosis with gender dysphoria, I have undergone medical care that my healthcare providers, including endocrinologists, have determined is medically necessary treatment of my gender dysphoria, including psychological counseling, hormone replacement therapy (HRT), and gender transition surgery.

6. I began HRT consisting of testosterone blockers and estrogen in 2018 and will need this therapy for the remainder of my life.

7. In 2018 and 2019, upon the recommendation of my doctors I had laser hair removal and electrolysis to eliminate visible male facial hair.

8. In 2019 and 2021, I underwent facial feminization and voice feminization surgeries recommended by my doctors as medically necessary for treatment of my gender dysphoria. Because of the exclusion in Section 1079 and the certainty that coverage would be denied, I did not seek authorization from TRICARE for these surgeries. Instead, I purchased alternative health insurance through my university. As a result, I incurred considerable expenses that I would not have paid if these medically necessary surgeries had been covered by TRICARE. I subsequently sought reimbursement from TRICARE for these costs, but TRICARE denied my claim and subsequent appeals.

9. In July 2023, I underwent vaginoplasty surgery as medically necessary treatment for my gender dysphoria. A vaginoplasty is a multi-stage process during which surgeons construct female genitalia. Because of the exclusion in Section 1079, I did not seek authorization from TRICARE for this surgery and, in fact, TRICARE had previously denied authorization for even a consultation with a surgeon regarding my prescribed vaginoplasty. Instead, I was covered by alternative health insurance that I purchased through my university and incurred considerable expenses that I would not have paid if these medically necessary surgeries had been covered by

TRICARE.

10. My need for medical treatment of my gender dysphoria is ongoing. As a TRICARE beneficiary, the continuing exclusion in Section 1079(a)(11) remains as a complete barrier to coverage for any future surgeries I need.

11.  If the exclusion in Section 1079 were eliminated, I would utilize TRICARE coverage for any future surgeries. TRICARE health benefits provide coverage that is superior to commercial insurance, including because TRICARE has minimal out-of-pocket maximums and significantly lower premiums.

        SIGNED UNDER THE PENALTIES OF PERJURY THIS <u>8th</u> DAY OF DECEMBER, 2023.

                                                <u>/s/ *Jane Doe*</u>
                                                Jane Doe