IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

## AFFIDAVIT OF SUSAN ROE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Susan Roe, state as follows:

1. I am one of the plaintiffs in the above-captioned case.

2. I am 21 years old.

3. My father served for more than two decades in the United States military.

4. I am currently pursuing an Associate Degree in Nursing. I took a leave of absence from school at the end of March 2023. My school program has start dates in January, May and August of each year. I intend to resume my nursing program full-time in either January 2024 or May 2024. At the conclusion of my Associate Degree program, I intend to pursue a Bachelor of Science in Nursing which will involve an additional 12 months of full-time school.

4. I was enrolled in TRICARE as a dependent of my father until I turned 21 in April 2023 and was not a full-time student.

5. In November 2023, I enrolled in TRICARE Young Adult which I was eligible for

1

because I was not a full-time student and did not have employer-based health insurance. I intend to re-enroll in TRICARE as a dependent of my father when I am a full-time student in either January or May 2024.

5. I am a transgender woman. Although I was assigned the sex of male at birth, I have a female gender identity.

6. I was diagnosed with gender dysphoria in 2022.

7. Since that time I have received medical care recommended by healthcare professionals, including an endocrinologist, as necessary treatment for my gender dysphoria.

8. I began hormone replacement therapy in June 2022.

9. I have also undergone laser hair removal to eliminate visible facial hair.

10. In August 2023 I had facial feminization surgery which was recommended by my healthcare providers as medically necessary treatment for my gender dysphoria. I was not enrolled in TRICARE at that time.

11. My need for medical treatment of gender dysphoria continues. I will need further surgeries as medically necessary treatment for my gender dysphoria. The exclusion of gender transition surgeries in TRICARE health benefits coverage is a complete barrier to coverage for those future surgeries.

12. If the exclusion in Section 1079 were eliminated, I would utilize TRICARE coverage for future surgeries.

SIGNED UNDER THE PENALTIES OF PERJURY THIS <u>8th</u> DAY OF <u>DECEMBER</u> 2023.

/s/ *Susan Roe*
Susan Roe