IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br><br>      *Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

**NOTICE OF APPEARANCE**

Please take notice that Zachary W. Sherwood, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel for Defendants.

Dated: December 20, 2023

                                      Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General
                                      Civil Division

                                        JOSHUA E. GARDNER
                                        Special Counsel

                                        By: */s/ Zachary W. Sherwood*
                                        ZACHARY W. SHERWOOD
                                        Trial Attorney (Indiana Bar No. 37147-49)
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, D.C. 20005
                                        zachary.w.sherwood@usdoj.gov
                                        (202) 616-8467

                                        *Counsel for Defendants*