# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE, <br><br> *Plaintiffs*, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN, <br><br> *Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ONLY COUNTS II AND III OF AMENDED COMPLAINT AND WITHDRAWAL OF DAMAGES CLAIM

Plaintiffs Jane Doe and Susan Roe and Defendants Lloyd J. Austin, III, in his official capacity as Secretary of Defense; the U.S. Department of Defense; the U.S. Defense Health Agency; and the TRICARE Health Plan, hereby stipulate to the dismissal with prejudice only of Count II (Fifth Amendment-Due Process) and Count III (Rehabilitation Act) of the Amended Complaint (Doc. No. 5) and to the withdrawal of Plaintiff Jane Doe's claim for damages set forth in paragraph three of the Prayer for Relief in the Amended Complaint.

Dated: December 21, 2023                Respectfully submitted,

By:    */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP
Kayla Grant (Maine Bar No. 006711)
Shane McCammon
1152 15th Street, N.W.
Washington, D.C. 20005-1706
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com

smcammon@orrick.com

Seth Harrington
222 Berkeley Street
Suite 2000
Boston, MA 02116
T: (617) 880-1800
F: (617) 880-1801
sharrington@orrick.com

By:   */s/* Bennett H. Klein
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

By:   */s/* Emily B. Nestler
EMILY B. NESTLER (D.C. Bar #973886)
Assistant Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0167
emily.b.nestler@usdoj.gov

*Counsel for Defendants*