IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 22-cv-368-NT<br><br>**MOTION TO WITHDRAW SETH HARRINGTON AS COUNSEL** |

Plaintiffs, through counsel, respectfully move the Court for an order allowing Seth Harrington to withdraw his appearance as *pro hac vice* counsel as he is no longer employed by Orrick, Herrington & Sutcliffe LLP.

Plaintiffs will continue to be represented by Shane McCammon and Kayla Grant of Orrick, and Bennett Klein of GLBTQ Legal Advocates & Defenders, who have each entered appearances in this action.

Dated: January 9, 2024

Respectfully submitted,

By: __/s/ *Shane McCammon*_____

Shane McCammon (*pro hac vice*)
smccammon@orrick.com
Kayla Grant (Maine Bar No. 006711)
kgrant@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
T: (202) 339-8400

*Attorneys for Plaintiffs*