IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

**THE PARTIES' JOINT MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly request that the Court extend the remaining deadlines in the summary judgment briefing schedule entered on October 26, 2023. *See* ECF No. 29. Currently, Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment is due by January 26, 2024; Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment is due by February 16, 2024; and Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is due by March 1, 2024. The parties respectfully request that the Court extend the remaining deadlines for summary judgment briefing as follows:

- Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment on or before February 16, 2024.

1

- Plaintiffs shall file their Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on or before March 15, 2024.

- Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on or before April 5, 2024.

There is good cause to grant this motion.

1. This case concerns an equal protection challenge to a federal statutory provision stating that "[s]urgery which improves physical appearance but is not expected to significantly restore functions (including mammary augmentation, face lifts, and sex gender changes) may not be provided" to dependents of active duty and former servicemembers under TRICARE, the United States military's health care program. 10 U.S.C. § 1079(a)(11).

2. Plaintiffs filed their Complaint in this action on November 21, 2022, ECF No. 1, and the operative Amended Complaint on January 27, 2023, ECF No. 5. The parties jointly moved to set a summary judgment briefing schedule on October 23, 2023, ECF No. 28, and the Court granted that motion three days later, ECF No. 29. Pursuant to the briefing schedule entered by the Court, Plaintiffs filed their Motion for Summary Judgment on December 21, 2023. ECF No. 36.

3. Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment is currently due by January 26, 2024. The three-week extension sought for Defendants' opening brief would permit Defendants' counsel to adequately review the facts and legal claims presented in this case, confer with the relevant entities within the Executive Branch, and prepare briefing in a manner that would be of maximum assistance to the Court. Defendants' counsel has undergone necessary staffing changes over the last few weeks, and Defendants' case team is diligently working to get up to speed in light of several other pressing litigation matters that also require their attention. The extension of subsequent briefing deadlines is necessary to align with the extension of the deadline for Defendants' opening brief, while

2

accounting for other existing deadlines on the parties' calendars as well as pre-planned travel arrangements.

4. The parties agree that they will not be prejudiced by this motion and have agreed to jointly move accordingly.

WHEREFORE, the parties respectfully request that the Court grant this motion and: (1) extend the deadline for Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment to February 16, 2024; (2) extend the deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment to March 15, 2024; and (3) extend the deadline for Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to April 5, 2024.

Dated: January 19, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

EMILY B. NESTLER
Assistant Director
Civil Division

By: */s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney (Indiana Bar No. 37147-49)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*

By: */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP

Kayla Grant (Maine Bar No. 006711)
Shane McCammon
1152 15th Street, N.W.
Washington, D.C. 20005-1706
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

By: */s/ Bennett H. Klein*
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*