## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 2-22-cv-00368-NT |
| ) | |
| LLOYD J. AUSTIN, III, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

Kayla Grant and Shane McCammon, as counsel of record for Plaintiffs Jane Doe and Susan Roe, request that the Court and parties take notice that effective immediately the mailing address for counsel has changed to the following:

Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

Counsel's email, telephone number, and all other contact information remain unchanged.

Respectfully submitted,

*/s/ Kayla Grant*
Kayla Grant (ME Bar No. 006711)
Shane McCammon
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: 202-339-8400
Facsimile: 202-339-8500
Email: kgrant@orrick.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served upon all attorneys of record via the Court's ECF system on February 27, 2024.

*/s/ Kayla Grant*
Kayla Grant
