# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>　　　　　*Defendants.* | Civil Action No.: 2-22-cv-00368-NT |

## PLAINTIFFS' SUPPLEMENTAL SUMMARY JUDGMENT RECORD

Pursuant to the Court's Local Rule 56(h) Order, Plaintiffs Jane Doe and Susan Roe submit the following supplement to the previously filed Stipulated Summary Judgment Record (Doc. 34):

1. Supplemental Affidavit of Randi Ettner, Ph.D. (Plaintiffs' witness affidavits, Exhibit F).

Dated: March 12, 2024

Respectfully submitted,

By: */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP

Kayla Grant (Maine Bar No. 006711)
Shane McCammon
2100 Pennsylvania Ave, NW
Washington, D.C. 20036
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

Robert Shwarts
405 Howard Street
San Francisco, CA 94105-2669
T: 415-773-5760
rshwarts@orrick.com

By:     */s/* Bennett H. Klein
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*