## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

JANE DOE and SUSAN ROE,

        *Plaintiffs*,

      v.

LLOYD J. AUSTIN, III, in his official
capacity as Secretary of Defense; the U.S.
DEPARTMENT OF DEFENSE; the U.S.
DEFENSE HEALTH AGENCY; and the
TRICARE HEALTH PLAN,

        *Defendants.*

Civil Action No.: 2-22-cv-00368-NT

### SUPPLEMENTAL AFFIDAVIT OF RANDI ETTNER, PH.D.

    1.  Gender dysphoria is a medical condition resulting from differences in the brain. As more fully explained in paragraphs 15-17 of my first affidavit in this case, there is now a scientific consensus that gender identity is biologically based and a significant body of scientific and medical research that gender dysphoria has a physiological and biological etiology. In particular, it is now believed that gender dysphoria evolves as a result of the interaction of the developing brain and sex hormones. Typically, sexual differentiation of the genitals takes place in the first two months of pregnancy, and sexual differentiation of the brain starts in the second half of pregnancy. In most cases, genital and brain morphology develop in parallel. In rare cases, however, they develop in opposition such that, for example, a person has a masculinized body and genitals and a feminized brain.

    2.  The defining feature of the medical condition gender dysphoria is physical differentiation resulting from this neurodevelopmental anatomical anomaly, commonly referred to as gender incongruence.

1

3.  A person with gender dysphoria has the experience of being wrongly embodied due to their anatomy. People often express a persistent sense of being trapped in the wrong body.

4.  There is no recognized or effective psychiatric or psychological treatment for gender dysphoria. Gender dysphoria is not ameliorated by psychotherapy (or counseling) or psychiatric medications such as anxiolytics or antidepressant medications. Counseling or medications may be recommended by a health care provider to help an individual cope with the challenges of living with gender dysphoria, which include the all-too-frequent lack of access to appropriate standard of care hormonal or surgical treatments. Neither psychotherapy nor medication cure or ameliorate the underlying medical condition.

5.  The purpose of surgical treatment for gender dysphoria is to correct the incongruence between a person's anatomy and their immutable brain-based gender identity.

6.  I understand that the defendants in this case claim that surgical treatment of gender dysphoria is "performed primarily for psychological reasons." They point out that the diagnostic criteria for gender dysphoria are set forth in the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM-5) and assert that gender dysphoria is characterized by clinically significant distress or impairment in functioning. Defendants' assertion reflects a misunderstanding of the DSM-5, the diagnosis of gender dysphoria, and the standard of care recognized treatments for gender dysphoria.

7.  As a preliminary matter, there are disorders in DSM-5 that do not have a psychological or emotional etiology (see below). More importantly, it does not follow that simply because a condition is catalogued in the DSM-5, the treatment for it is necessarily for psychological reasons.  For example, the DSM-5 includes classifications such as intellectual disabilities ("Intellectual Developmental Disorders"), "Major or Mild Vascular Neurocognitive

2

Disorder," "Major or Mild Neurocognitive Disorder Due to Traumatic Brain Injury," "Catatonic

Disorder Due to Another Medical Condition," and an entire classification of "Breathing-Related

Sleep Disorders," including "Obstructive Sleep Apnea Hypopnea." Many, if not all, treatments

for these conditions would not be regarded in the field of healthcare and medicine as for

psychological reasons.

8.  Defendants misunderstand the import of the reference to clinically significant distress

in the diagnostic criteria for gender dysphoria in the DSM-5. The diagnostic criteria for Gender

Dysphoria in Adolescents and Adults in DSM-5 (Section F64.0) states:

A.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1.  A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

2.  A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).

3.  A strong desire for the primary and/or secondary sex characteristics of the other gender.

4.  A strong desire to be of the other gender (or some alternative gender different from one's assigned gender.

5.  A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6.  A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B.  The condition is *associated with* clinically significant distress or impairment in social, occupational, or other important areas of functioning.

3

DSM-5 (F64.0) (emphasis added). Section A describes the fundamental basis for the underlying

medical condition, which is the neurodevelopmental physical differentiation between brain

development and the physical primary and secondary sex characteristics. In section B, the

language "associated with" indicates that the distress is not the condition itself. Rather, clinical

distress is an indicator or evidence of the underlying condition. As explained above, surgical

treatments for gender dysphoria are not treating the distress that is secondary to the disorder, but,

rather, they are correcting the underlying medical condition.

9.  An analogy to medical treatment for a person born without a limb due to a congenital

condition illuminates an accurate understanding of surgical treatments for gender dysphoria.

Such a condition may be "associated with" clinically significant distress for a variety of reasons,

including bullying or other forms of victimization, inability to participate in desired activities, or

shame. Treating a person without a limb surgically to create a new limb is not for psychological

reasons, even though the surgery will have a positive psychological impact. While there may be

a psychological benefit resulting from the surgical connection of a prosthesis, that does not

diminish the fact that the underlying surgical treatment is for the physiological condition.

Similarly, a person who needs a skin graft due to severe burns may isolate, not go to work, or

have anxiety or depression. A surgical skin graft would not be undertaken as a treatment for

psychological distress, although the intervention would likely confer secondary, positive

psychological benefits. The same is true for surgical treatment of gender dysphoria. It is for the

purpose of treating the underlying medical condition.

10.  In science and medicine, the term "psychogenic" refers to the development of a

disability without any physiological or organic cause. Examples of psychogenic disabilities

include blindness, hearing loss, or the sudden inability to walk with no underlying medical or

physiological cause. The term "psychogenic" was used in the DSM-II, which was in effect from 1968 to 1980. It was included in the diagnostic category "Psychophysiologic Disorders (Physical disorders of presumably psychogenic origin)." The DSM-II described these disorders as "characterized by physical symptoms that are caused by emotional factors." In DSM-5, this phenomenon is classified under the diagnosis "Functional Neurological Symptom Disorder (Conversion Disorder)," but the term "psychogenic" is still a widely recognized and understood term in the field.

11. There is no medical or scientific support for any assertion that gender dysphoria is a psychogenic condition.


SIGNED UNDER THE PENALITES OF PERJURY THIS 12th DAY OF MARCH, 2024.

/s/ Randi Ettner
Randi Ettner, Ph.D.