IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>      *Defendants.* | Civil Action No.: 2:22-cv-00368-NT |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED
PAGE LIMITATIONS**

Pursuant to Local Rule 7(d), Defendants respectfully move for leave to file a reply memorandum that exceeds the page limitations imposed by Local Rule 7(c). Specifically, Defendants request leave to file a Reply to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment ("Reply") not to exceed 11 pages. *See* Local Rule 56(h) Order 5; Doc. 29, # 124. In support of this motion, Defendants state the following:

    1.    This case concerns an equal protection challenge to a federal statutory provision stating that coverage for "[s]urgery which improves physical appearance but is not expected to significantly restore functions (including mammary augmentation, face lifts, and sex gender changes) may not be provided" to dependents of active duty and former servicemembers under TRICARE, the United States military's health care program. 10 U.S.C. § 1079(a)(11).

    2.    Pursuant to the briefing schedule entered by the Court, *see* Docs. 29, 43, Plaintiffs filed their Motion for Summary Judgment on December 21, 2023, *see* Doc. 36; Defendants filed

1

their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment on February 16, 2024, *see* Doc. 44; and Plaintiffs filed their Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on March 15, 2024, *see* Doc. 49.  Defendants' Reply is due by April 5, 2024.  *See* Doc. 43.

3.  In order to adequately brief the justiciability, statutory, and constitutional issues raised in this case, Defendants respectfully request leave to file a Reply not to exceed 11 pages, notwithstanding the page limitations on reply memoranda imposed by the Local Rules.  *See* Local Rule 7(c)–(d).

4.  Defendants respectfully submit that a Reply of this length is warranted under the circumstances given the legal issues and the Government interests at stake.  The additional pages would also further the parties' and the Court's shared interest in ensuring that all of the issues raised by this case are thoroughly presented in the most efficient manner for resolution on summary judgment.

5.  Defendants have conferred with Plaintiffs through counsel, and Plaintiffs assent to this motion.

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to file a Reply not to exceed 11 pages.

Dated: March 27, 2024             Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney General
                                  Civil Division

                                  EMILY B. NESTLER
                                  Assistant Director
                                  Civil Division

By: */s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney (Indiana Bar No. 37147-49)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*