IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2-22-cv-00368-NT |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby submit this Notice of Supplemental Authority to inform the Court of two decisions issued after the filing of the Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 36). These decisions are relevant to footnote nine in which Plaintiffs identify federal district court decisions ruling that categorical state-imposed barriers to accessing gender transition medical care are sex-based classifications subject to intermediate scrutiny. *See* Pls.' Mot. for Summ. J. at 17 n.9; Doc. 36, # 267 (collecting cases):

1.  *Kadel v. Folwell*, Nos. 22-1721, 22-1927, 2024 U.S. App. LEXIS 10294 at *15 (4th Cir. Apr. 29, 2024) (en banc), *affirming Kadel v. Folwell*, 620 F.Supp.3d 339 (M.D.N.C. 2022) (exclusions of medical treatment for gender dysphoria violate the Equal Protection Clause because they "facially discriminate on the basis of sex and gender identity, and are not substantially related to an important government interest.").

1

2.  *Poe v. Labrador*, No. 1:23-cv-269, 2023 U.S. Dist. LEXIS 229332 at *39-42 (D. Idaho Dec. 26, 2023), *appeal docketed*, No. 24-142 (9th Cir. Jan. 9, 2024) (exclusion of gender transition medical care facially classifies on the basis of sex and transgender status).[1]

Dated: May 24, 2024

Respectfully submitted,

By:  */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP

Kayla Grant (Maine Bar No. 006711)
Shane McCammon
2100 Pennsylvania Ave, NW
Washington, D.C. 20036
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

Robert Shwarts
405 Howard Street
San Francisco, CA 94105-2669
T: 415-773-5760
rshwarts@orrick.com

By:  */s/ Bennett H. Klein*
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*

---

[1] *See Labrador v. Poe*, 144 S. Ct. 921, 921 (2024) (staying injunction as to non-parties).