# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE, | |
| *Plaintiffs*, | |
| v. | Civil Action No.: 2:22-cv-00368-NT |
| LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN, | |
| *Defendants*. | |

## PARTIES' JOINT RESPONSE TO COURT ORDER AND STATUS REPORT REGARDING SETTLEMENT

On November 1, 2024, the Court issued an Order on Cross-Motions for Summary Judgment ("Order") granting summary judgment to Plaintiffs on their as-applied Equal Protection claim and providing that "[d]eclaratory judgment will . . . be entered stating that the Statutory Exclusion" at issue in this case, 10 U.S.C. § 1079(a)(11), "is unconstitutional as applied to the Plaintiffs." ECF No. 58 at 28. The Court also directed the parties "to meet and confer and to inform the Court by November 15, 2024 whether injunctive relief is necessary, and if it is, to propose an injunction consistent with this [O]rder." *Id.* Pursuant to the Court's Order, the parties have conferred and jointly believe that all remaining issues in this case, including any additional relief consistent with the Court's Order and Plaintiffs' claim for attorney's fees, may be amenable to resolution via a settlement agreement, without the need for further Court intervention. Accordingly, the parties agree that no order providing injunctive relief is necessary at this time.

Additionally, to facilitate settlement negotiations and conserve judicial resources, the parties respectfully request that the Court defer entering a judgment, *see* Fed. R. Civ. P. 58, while settlement negotiations are ongoing. The parties further propose that they file a joint status report regarding the status of any settlement no later than December 16, 2024.

Dated: November 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

EMILY B. NESTLER
Assistant Director
Civil Division

By: */s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney (Indiana Bar No. 37147-49)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*

By: */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP
Kayla Grant (Maine Bar No. 006711)
Shane McCammon
2100 Pennsylvania Ave, NW
Washington, D.C. 20036
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smccammon@orrick.com

Robert Shwarts
405 Howard Street
San Francisco, CA 94105-2669

T: 415-773-5760
rshwarts@orrick.com

By: */s/ Bennett H. Klein*
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*