# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No.: 2:22-cv-00368-NT |
| LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

I, Matthew B. Berry, enter my appearance as counsel in this case for the U.S. House of Representatives.

Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Email: Matthew.Berry@mail.house.gov

December 13, 2024                              *Counsel for the U.S. House of Representatives*

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).