IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br><br>     *Defendants*. | Case No.: 2:22-cv-00368-NT |

**NOTICE OF APPEARANCE**

  I, Bradley Craigmyle, enter my appearance as counsel in this case for the U.S. House of Representatives.

                  Respectfully submitted,

                  */s/ Bradley Craigmyle*
                  Bradley Craigmyle (IL Bar No. 6326760)
                   *Associate General Counsel*
                  OFFICE OF GENERAL COUNSEL[*]
                  U.S. HOUSE OF REPRESENTATIVES
                  5140 O'Neill House Office Building
                  Washington, D.C. 20515
                  Telephone: (202) 225-9700
                  Email: Bradley.Craigmyle@mail.house.gov

December 13, 2024            *Counsel for the U.S. House of Representatives*

---

  [*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).