# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

## JOINT STATUS REPORT

Pursuant to the Court's November 26, 2024 Minute Order, the parties hereby submit a Joint Status Report ("JSR") regarding the status of this case.

In their November 15, 2024 Joint Response, ECF No. 59, the parties notified the Court that they jointly believe that all remaining issues in this case may be amenable to resolution via a settlement agreement. The parties continue to share that belief and have made progress toward that end. Having conferred, the parties jointly agree that more time is needed and accordingly propose that they file a joint status report regarding the status of any settlement no later than January 17, 2025.

Additionally, the parties are aware that on December 13, 2024, the United States House of Representatives ("House") filed a motion to intervene in this case as an intervenor-defendant. ECF No. 60. The parties oppose the House's motion. The United States believes intervention is unwarranted because it has defended this litigation and any settlement agreement would not extend beyond any relief provided to Plaintiffs.

1

Dated: December 16, 2024	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

EMILY B. NESTLER
Assistant Director
Civil Division

By: */s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney (Indiana Bar No. 37147-49)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*


By: */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP
Kayla Grant (Maine Bar No. 006711)
Shane McCammon
2100 Pennsylvania Ave, NW
Washington, D.C. 20036
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

Robert Shwarts
405 Howard Street
San Francisco, CA 94105-2669
T: 415-773-5760
rshwarts@orrick.com

By: */s/ Bennett H. Klein*
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street

Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*