# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE, *Plaintiffs*, v. LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN, *Defendants*. | Civil Action No.: 2:22-cv-00368-NT |

## DECLARATION OF EMILY B. NESTLER

I, Emily B. Nestler, declare as follows:

1. I am an Assistant Director in the United States Department of Justice Civil Division, Federal Programs Branch.

2. I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3. The parties in the above-captioned matter agreed to enter a stipulation for dismissal on December 20, 2024. Doc. No. 65.

4. There was no separate settlement agreement with Plaintiffs under which Defendants in this matter agreed to provide any form of relief to Plaintiffs.

5. Stated otherwise, Defendants did not agree to give Plaintiffs anything related to their claims in this case, in exchange for dismissal or otherwise. For example, Defendants did not agree to provide Plaintiffs (or anyone else) with any coverage for past or future gender transition surgeries under TRICARE, the United States military's health care program. Nor did Defendants agree to provide Plaintiffs any monetary relief in any form, including fees or costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 3, 2025

                                       */s/ Emily B. Nestler*
                                       Emily B. Nestler
                                       Assistant Director
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch