# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE and SUSAN ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense; the U.S. DEPARTMENT OF DEFENSE; the U.S. DEFENSE HEALTH AGENCY; and the TRICARE HEALTH PLAN,<br><br>*Defendants.* | Civil Action No.: 2-22-cv-00368-NT |

## PLAINTIFFS JANE DOE AND SUSAN ROE'S OPPOSITION TO MOTION OF THE U.S. HOUSE OF REPRESENTATIVES TO INTERVENE

As set forth in Plaintiff Jane Doe and Susan Roe's Response and Objection to Notice Filed by the U.S. House of Representatives (ECF No. 67) ("Opposition to Notice"), this Court does not have subject-matter jurisdiction to consider the Motion of the U.S. House of Representatives to Intervene (ECF. No. 60) (the "Motion to Intervene"). Even if the Court were to consider the Motion to Intervene, Plaintiffs oppose it for the reasons set forth in paragraph four of their Opposition to Notice and join the Defendants' request to deny that Motion.

Dated: January, 3 2025

Respectfully submitted,

By:    */s/ Kayla Grant*
ORRICK, HERRINGTON, & SUTCLIFFE LLP
Kayla Grant (Maine Bar No. 006711)
Shane McCammon
2100 Pennsylvania Ave, NW
Washington, D.C. 20036
T: (202) 339-8400
F: (202) 339-8500
kgrant@orrick.com
smcammon@orrick.com

Robert Shwarts
405 Howard Street
San Francisco, CA 94105-2669
T: 415-773-5760
rshwarts@orrick.com

By:     */s/ Bennett H. Klein*
GLBTQ LEGAL ADVOCATES & DEFENDERS
Bennett H. Klein
bklein@glad.org
18 Tremont Street
Suite 950
Boston, MA 02108
T: (617) 426-1350
F: (617) 426-3594

*Counsel for Plaintiffs*