IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

JANE DOE, *et al.*,

          *Plaintiffs*,

v.

LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,

          *Defendants*.

Case No.: 2:22-cv-00368-NT

**WITHDRAWAL BY THE U.S. HOUSE OF REPRESENTATIVES
OF ITS MOTION TO INTERVENE**

Due to Defendants' representations to the Court—supported by a declaration submitted under penalty of perjury by a Department of Justice attorney—that the parties did not enter into a settlement agreement and that "Plaintiffs received no monetary or equitable relief in connection with this case, whether in exchange for dismissal or otherwise," *see* ECF No. 68 at 3 (citing Nestler Decl., ¶¶ 4-5), the U.S. House of Representatives hereby withdraws its motion to intervene. The House's primary interest in preventing appropriated funds from being used to cover sex change surgeries in violation of 10 U.S.C. § 1079(a)(11) has been vindicated.

        Respectfully submitted,

        */s/ Matthew B. Berry*
        Matthew B. Berry (D.C. Bar No. 1002470)
           *General Counsel*
        Todd B. Tatelman (VA Bar No. 66008)
           *Deputy General Counsel*
        Bradley Craigmyle (IL Bar No. 6326760)
           *Associate General Counsel*

        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        5140 O'Neill House Office Building
        Washington, D.C. 20515
        (202) 225-9700
        Matthew.Berry@mail.house.gov

        *Counsel for the U.S. House of Representatives*

January 8, 2025